```
BENJAMIN B. WAGNER
United States Attorney
DOMINIQUE N. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2891
```

FILED
AUG 16 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of )   S.W. No. 2:11-SW-0340 EFB
9252 Moondancer Circle        )   ORDER TO SEAL
Roseville, California,        )   (UNDER SEAL)
2003 Madza MPV and 2003 Ford  )
Pickup                        )
                              )
                              )
                              )
                              )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the application for a search warrant, search warrant, affidavit in support of the search warrant, and the sealing order in the above-referenced case shall be sealed until further order of the Court, and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

DATED: August 16, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE