1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

**SEALED**



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant, | 2:11-SW-0340 EFB |
| The residence located at 9252 Moondancer Circle Roseville, California | **ORDER TO NEGOTIATE CHECK** |

**ORDER**

For the reasons set forth in the Government's Application, the Court hereby grants the Government authority to negotiate the check listed below:

    a.    One Bank of America Cashier's Check number 430935713 issued June 24, 2011, made payable to Laura Pezzi in the amount of $10,000.

**IT IS HEREBY ORDERED.** (subject to further forfeiture proceedings)

Dated: Oct 5, 2011

KENDALL J. NEWMAN
United States Magistrate Judge