

1 | BENJAMIN B. WAGNER
United States Attorney
2 | AUDREY B. HEMESATH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | (916) 554-2700 (main)

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE Search Warrant ) CASE NO. 2:11-SW-340 EFB
) 242
) [~~PROPOSED~~] ORDER TO UNSEAL
) SEARCH WARRANT
)
)
)
)
)

The Court hereby orders that the search warrant, supporting affidavit, and application in Case 2:11-SW-340 EFB, as well as the Petition to Seal, and the Order sealing these documents, shall be unsealed and made part of the public record.

DATED: 10/9/15

HON. DALE A. DROZD
United States Magistrate Judge

3